Johnnie MONROE, Appellant, v. UNITED STATES of America, Appellee.

No. 9890.

United States Court of Appeals District of Columbia Circuit.

Argued June 10, 1949.

Decided June 20, 1949.

Mr. Justin L. Edgerton, Washington, D. C. (appointed by this court), for appellant.

Mr. L. Clark Ewing, Assistant United States Attorney, Washington, D. C., with whom Mr. George Morris Fay, United States Attorney, and Messrs. William S. McKinley and Joseph M. Howard, Assistant United States Attorneys, Washington, D. C., were on the brief, for appellee. Mr. Sidney S. Sachs, Assistant United States Attorney, Washington, D. C., also entered an appearance for appellee.

Before PRETTYMAN and PROCTOR, Circuit Judges, and ALEXANDER HOLTZOFF, District Judge, sitting by designation.

PER CURIAM.

We find in this record no error affecting substantial rights of the appellant. The judgment of the District Court is, therefore,

Affirmed.